NICHOLAS G. KEMPF et al., as Executors of GEORGE KEMPF, Deceased, Respondents, *v.* WILLIAM H. BIERS et al., Defendants, and FREDERICK BIERS, Appellant.

*Kempf* v. *Biers*, 176 App. Div. 269, affirmed.

(Argued October 22, 1919; decided November 18, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered October 16, 1916, affirming a judgment in favor of plaintiffs entered upon the report of a referee in an action for the foreclosure of a mortgage on real property. The question on appeal was as to the validity of certain orders amending the foreclosure judgment so as to provide for the distribution of surplus moneys.

*Henry W. Willis* for appellant.

*Stephen V. O'Gorman* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, CARDOZO, CRANE and ANDREWS, JJ.